# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 13, 2018

156720

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RAYMOND CHARLES PIERSON,
     Defendant-Appellant.
_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 156720
COA: 332500
Washtenaw CC: 10-001241-FH

     On order of the Court, the application for leave to appeal the September 12, 2017 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1).

     We further ORDER the Washtenaw Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint the State Appellate Defender Office, if feasible, to represent the defendant in this Court. If this appointment is not feasible, the trial court shall, within the same time frame, appoint other counsel to represent the defendant in this Court.

     The appellant shall file a supplemental brief within 42 days of the date of the order appointing counsel addressing whether: (1) defendant was denied the right to a fair trial when the trial court informed the jury that his confession to police had already been reviewed by the court and had been held admissible, see *People v Kincaid*, 136 Mich App 209, 215-216 (1984); *People v Gilbert*, 55 Mich App 168, 172-173 (1974); and (2) to the extent that the trial court erred, whether that error was harmless, *People v Corbett*, 97 Mich App 438, 442 (1980); *People v Mathis*, 75 Mich App 320, 324 (1977). In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2018



d0620p

                Clerk